IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:06-CR-139 |
| V. | ) | (VARLAN/GUYTON) |
| | ) | |
| HERSHEL O. MCCALEB, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on Defendant McCaleb's Motion To Extend Motion Cut-Off Deadline [Doc. 11], filed on November 15, 2006. Counsel for Defendant states that he has not been able to complete his investigation into the circumstances of this case at this time and cannot yet fully advise the defendant regarding the filing of motions in this case. Counsel would show that he has had an unusually busy caseload and that he expects to obtain additional important evidence in this case which must be reviewed. Defense counsel requests that the deadline for filing pre-trial motions be extended for fourteen (14) days.

Finding that Defendant has shown good cause for an extension, the Court hereby **GRANTS** the motion [**Doc. 11**] and extends the deadline for filing motions to **November 29 2006**.

The government's deadline for responding to any motion is likewise extended to **December 8, 2006**.

All other dates in this case shall remain the same at this time.

**IT IS SO ORDERED.**

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge